ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

    Petitioner

v.

EDGAR FABRICE NGATCHA NDJATOU

    Respondent

\*   **In the Court of Appeals**

\*   **of Maryland**

\*

\*   **Misc. Docket AG No. 55**

\*   **September Term, 2018**

## O R D E R

Upon the consideration of the Joint Petition for Indefinite Suspension by Consent filed herein pursuant to Maryland Rule 19-736, and Respondent's acknowledgment therein that sufficient evidence exists to sustain allegations that he committed professional misconduct in violation of Rules 19-301.1 (competence), 19-301.2 (scope of representation), 19-301.3 (diligence), 19-301.4 (communication), and 19-308.4(a), (c) and (d) (misconduct), it is this 23rd day of January, 2019,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Edgar Fabrice Ngatcha Ndjatou, be and is hereby indefinitely suspended from the practice of law in the State of Maryland; and it is further

**ORDERED**, that judgment in the amount of $755.60 be entered against the Respondent in favor of the Attorney Grievance Commission of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Edgar Fabrice Ngatcha Ndjatou, from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Clayton Greene Jr.
Senior Judge

Suzanne C. Johnson, Clerk